Total Card Inc.
Card Processing Center
PO Box 89937
Sioux Falls, SD 57109

---

To Whom It May Concern:

We have received the enclosed documents in error; this account is not serviced by Total Card Inc.

Sincerely,

Total Card Inc.

EASTERN DISTRICT OF KENTUCKY
**FILED**
FEB 1 4 2012
AT LEXINGTON
JERRY D. TRUITT, CLERK
U.S. BANKRUPTCY COURT

Jerry Case Trustee
P.O. Box 1111 (40688-1111)
200 Community Trust Bldg.
100 E Vine St
Lexington, KY 40507

ML 209633 72 M2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Kentucky
## Covington Division

Mailing Address: P.O. Box 1111, Lexington, KY 40588-1111

In Re: Jason C Marley

    1584 Linden Court
    Florence, KY 41042

aka/dba:

SSN/TID: xxx-xx-6823

Debtor(s)

Case Number: 11-22242-tnw

**RECEIVED**
JAN 2 3 2012
T C S

Chapter: 7

## DISCHARGE OF DEBTOR IN A CHAPTER 7 CASE

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED** the debtor is granted a discharge under section 727 of title 11, United States Code, (The Bankruptcy Code).

Dated: 1/18/12

By the court –

/s/Tracey N. Wise
Tracey N. Wise
U.S. Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

025202                                                                   5190502522701 1